IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHONDELL KILLEBREW,

    Plaintiff,

v.

JUDY P. SMITH, J. ZANON, S. MUSHA,
HANS KUSTER, E. NORMAN,
AND T. IKERT,

    Defendants.

ORDER

Case No. 15-cv-052-jdp

On February 2, 2015, I entered an order in this case directing plaintiff to submit a $0.91 initial partial payment of the filing fee. Subsequently, plaintiff submitted three letters asking the court to waive the initial partial filing fee. (Dkts. ##6, 7, 8)

Because this court is bound by the provisions of the Prison Litigation Reform Act, 28 U.S.C. § 1915, which requires a partial payment, and because it is clear plaintiff's initial partial payment was calculated correctly pursuant to these provisions, plaintiff's motion for the court to waive the $0.91 initial partial filing fee in this case must be denied.

From his letters, it is clear that plaintiff does not believe he can make even a $0.91 payment from the funds currently available in his prison account. Because plaintiff may be able to make the payment if he has more time, I will extend the payment to March 17, 2015. If, plaintiff does not make the $0.91 payment, then I will conclude that plaintiff has withdrawn this action.

ORDER

IT IS ORDERED that:

1. Plaintiff's requests for the court to waive the initial partial payment in this case (dkts. #6, 7, 8) are DENIED.

2. Plaintiff may have an enlargement of time to March 17, 2015, in which to submit a check or money order payable to the clerk of court in the amount of $0.91. If, by March 17, 2015, plaintiff fails to make the initial partial payment, the clerk is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 26th day of February, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge