IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHONDELL KILLEBREW,

        Plaintiff,

v.

JUDY P. SMITH, J. ZANON, S. MUSHA,
HANS KUSTER, E. NORMAN and TIM IKERT,

        Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-52-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Shondell Killebrew leave to proceed and dismissing his claims against Judy P. Smith, J. Zanon, S. Musha and E. Norman; and

(2) granting summary judgment in favor of Hans Kuster and Tim Ikert and dismissing this case.

/s/

Peter Oppeneer, Clerk of Court

3/28/2017

Date